Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SARKADI,<br><br>Plaintiff(s)<br><br>v.<br><br>SPRUCE POWER 1, LLC; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>23-cv-02527-ODW (RAOx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Perry, Steven G.
*Applicant's Name (Last Name, First Name & Middle Initial*
224-218-0875           866-633-0228
*Telephone Number*       *Fax Number*
Steven.perry@toddflaw.com
*E-Mail Address*

of  Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

JOSEPH SARKADI
*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Friedman, Todd M.
*Designee's Name (Last Name, First Name & Middle Initial*
216752           323-306-4234           866-633-0228
*Designee's Cal. Bar No.*   *Telephone Number*     *Fax Number*
tfriedman@toddflaw.com
*E-Mail Address*

of  Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge