Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364

**DENIED AS MOOT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH SARKADI, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 23-cv-02527-ODW (RAOx) |
| v. | |
| SPRUCE POWER 1, LLC; and DOES 1-10, inclusive, | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [14] |
| Defendant(s) | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Perry, Steven G.
*Applicant's Name (Last Name, First Name & Middle Initial*
224-218-0875        866-633-0228
*Telephone Number       Fax Number*
Steven.perry@toddflaw.com
*E-Mail Address*

of  Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

JOSEPH SARKADI
*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Friedman, Todd M.
*Designee's Name (Last Name, First Name & Middle Initial*
216752        323-306-4234        866-633-0228
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
tfriedman@toddflaw.com
*E-Mail Address*

of  Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☒ because   Duplicate filing

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: ~~Click here to enter a date.~~
August 17, 2023

**DENIED AS MOOT**
**U.S. District Judge**/~~U.S. Magistrate Judge~~